Jack Shaw (Bar No. 309382)
Jack.Shaw@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
3000 El Camino Real, Suite 5-400
Palo Alto, CA 94306
Tel.: (650) 645-9019
Fax: (650) 687-8326

Tiffany Salayer (Bar No. 226189)
Tiffany.Salayer@procopio.com
PROCOPIO, CORY, HARGREAVES &
   SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Tel.: (619) 906-5731
Fax: (619) 398-0161

Attorneys for Plaintiff
FRUIT ENTERTAINMENT LIMITED

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRUIT ENTERTAINMENT LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>NERON'S BROTHER SARL,<br><br>        Defendant. | Case No. 4:23-cv-04294-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Fruit Entertainment Limited hereby gives notice that this action is voluntarily dismissed without prejudice.  Defendant Neron's Brother SARL has not served an answer or a motion for summary judgment.

This dismissal is filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective immediately.

DATED: November 10, 2023

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By:  */s/ Jack Shaw*
Jack Shaw
Tiffany Salayer

Attorneys for Plaintiff
Fruit Entertainment Limited